**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7577**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LORI D. BLAKELY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CR-97-678, CA-98-1893-3-17)

———————

Submitted:  December 17, 1998        Decided:  March 2, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Lori D. Blakely, Appellant Pro Se.  John Michael Barton, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lori D. Blakely seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and order denying a certificate of appealability on appeal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Blakely, Nos. CR-97-678; CA-98-1893-3-17 (D.S.C. Sept. 9 and 23, 1998). We deny Blakely's motion expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2